**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dwight W. Akins　　　　　　　　　　　　　　　　CHAPTER 13

　　　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 21-21713 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Maria D. Miksich
　　　　　　　　　　　　　　　　　Maria Miksich
　　　　　　　　　　　　　　　　　29 Sep 2021, 13:38:51, EDT

　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☐
　　　　　　　　　　　　　　　　　Maria D. Miksich, Esq. (319383) ☑
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com