IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dwight W. Akins<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 21-21713-CMB |

## CERTIFICATE OF NO RESPONSE

 I, Daniel P. Jones, attorney for Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee C/O Fay Servicing, LLC, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

 In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by November 19, 2021. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

              STERN & EISENBERG, PC

              By: /s/Daniel P. Jones
              Daniel P. Jones, Esquire
              Stern & Eisenberg, PC
              1581 Main Street, Suite 200
              The Shops at Valley Square
              Warrington, PA 18976
              Phone: (215) 572-8111
              Facsimile: (215) 572-5025
              Bar Number: 321876
              djones@sterneisenberg.com
              Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dwight W. Akins<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 21-21713-CMB |

## **CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE**

    I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on November 30, 2021 via First Class Mail.

Julie Frazee Steidl
707 Grant Street Suite 2830
Gulf Building
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com
**Counsel for Debtor**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Dwight W. Akins
729 Midland Street
Pittsburgh, PA 15221
**Debtor(s)**

                                              STERN & EISENBERG, PC
                                              <u>By: /s/Daniel P. Jones</u>
                                              Daniel P. Jones, Esquire
                                              Bar Number: 321876
                                              djones@sterneisenberg.com
                                              Counsel for Movant