Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Dwight W. Akins**  : Case No. 21−21713−CMB
　*Debtor(s)*　　　　　　　　　  : Chapter: 13
　　　　　　　　　　　　　　　　  :
　　　　　　　　　　　　　　　　  :
　　　　　　　　　　　　　　　　  :
　　　　　　　　　　　　　　　　  :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

　　　　*AND NOW,* this ***The 3rd of December, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

　　　　(1)　The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

　　　　(2)　Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

　　　　(3)　The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

　　　　(4)　The Clerk shall give notice to all creditors of this dismissal.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Carlota M. Böhm*
　　　　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-21713-CMB
Dwight W. Akins | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 4
Date Rcvd: Dec 03, 2021     Form ID: 309     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dwight W. Akins, 729 Midland Street, Pittsburgh, PA 15221-2649 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15408529 | + | Allstate Insurance Co, 120 Clairton Blvd, Pittsburgh, PA 15236-3826 |
| 15408535 | + | Capital One Bank, c/o David J. Apothaker Esq., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 15420497 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15398289 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |
| 15404261 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 15408544 | + | LVNV Funding, c/o Wolpoff & Abramson, 4660 Trindle Road Ste 3rd Fl., Camp Hill, PA 17011-5610 |
| 15398290 | + | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 15408546 | + | MBM Collections, 100 Purity Road, Pittsburgh, PA 15235-4441 |
| 15408549 | + | North Star Capital Acquisitions, c/o David Apothaker, Esq., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 15418385 | + | Oliphant Financial, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15408550 | + | Palisades Collections LLC, 4660 Trindle Road 3rd Floor, Camp Hill, PA 17011-5610 |
| 15421091 | | Plaza Revolving Trust by Wilmington Savings Fund S, PO Box 814609, Dallas, TX 75381-4609 |
| 15412324 | + | Wilkinsburg Borough, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 03 2021 23:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 04 2021 04:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 03 2021 23:17:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15398280 | + | EDI: GMACFS.COM | Dec 04 2021 04:18:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15420290 | + | EDI: AISACG.COM | Dec 04 2021 04:18:00 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15398281 | + | Email/Text: bk@avant.com | Dec 03 2021 23:18:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15398286 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 03 2021 23:17:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15401262 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 03 2021 23:17:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15398282 | + | Email/Text: bankruptcy@usecapital.com | | |

Case 21-21713-CMB   Doc 44   Filed 12/05/21   Entered 12/06/21 00:28:23   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: dric | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 309 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 03 2021 23:18:00 | Capital Accounts, Attn: Bankruptcy, Po Box 140065, Nashville, TN 37214-0065 |
| 15398283 | + | EDI: CAPITALONE.COM | Dec 04 2021 04:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15408534 | + | EDI: CAPITALONE.COM | Dec 04 2021 04:18:00 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15409500 | | EDI: CAPITALONE.COM | Dec 04 2021 04:18:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15398284 | + | EDI: CAPITALONE.COM | Dec 04 2021 04:18:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15398285 | + | EDI: CITICORP.COM | Dec 04 2021 04:18:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15398287 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 23:24:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15408541 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 03 2021 23:18:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15404273 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 03 2021 23:17:00 | Lendmark Financial Services LLC, 2118 USHER ST, COVINGTON, GA 30014 |
| 15408545 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 23:24:36 | LVNV Funding, 15 South Main Street, Greenville, SC 29601-2743 |
| 15402448 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 23:24:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15411784 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 23:24:37 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15398292 | | Email/Text: ml-ebn@missionlane.com | Dec 03 2021 23:17:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 15398291 | + | EDI: CBS7AVE | Dec 04 2021 04:18:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15417460 | + | EDI: CBS7AVE | Dec 04 2021 04:18:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15421157 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2021 23:17:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15398293 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2021 23:17:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15418675 | | EDI: PRA.COM | Dec 04 2021 04:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15409428 | | EDI: Q3G.COM | Dec 04 2021 04:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15408552 | + | EDI: RMSC.COM | Dec 04 2021 04:18:00 | Syncb/BP, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15398294 | + | EDI: RMSC.COM | Dec 04 2021 04:18:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15398860 | + | EDI: RMSC.COM | Dec 04 2021 04:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 30

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: dric | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 309 | Total Noticed: 45 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Plaza Revolving Trust by Wilmington Savings Fund S |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| cr | * | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15408530 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15408531 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15408538 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15408532 | *+ | Capital Accounts, Attn: Bankruptcy, Po Box 140065, Nashville, TN 37214-0065 |
| 15408533 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15408536 | *+ | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15408537 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15398288 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15408539 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15408540 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15408542 | *+ | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |
| 15421715 | * | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15408543 | *+ | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 15408548 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 15408547 | *+ | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15408551 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Fay Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Julie Frazee Steidl | on behalf of Debtor Dwight W. Akins julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 4 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 309 | Total Noticed: 45 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich

on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Steven K. Eisenberg

on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 10