UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In Re:<br>    Dwight W. Akins<br>       Debtor(s)<br>---------------------------------------<br>Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee<br>       Movant<br>v.<br>Dwight W. Akins<br>       Debtor(s)<br>Ronda J. Winnecour<br>       Trustee,<br>RONDA J. WINNECOUR<br>Trustee<br>       Respondent(s) | Chapter 13<br><br>Case Number: 21-21713-CMB<br><br>Hearing Date and Time: December 15, 2021 at 1:30PM<br><br><br>Related to Doc. No. 35<br><br>**ENTERED BY DEFAULT** |

## ORDER

AND NOW, this __3rd__ day of __December__, 2021, upon the motion of Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 729 MIDLAND ST, PITTSBURGH, PA 15221.

FILED
12/3/21 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm      dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21713-CMB |
| Dwight W. Akins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dwight W. Akins, 729 Midland Street, Pittsburgh, PA 15221-2649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Fay Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |
| Julie Frazee Steidl | on behalf of Debtor Dwight W. Akins julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Steven K. Eisenberg
    on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 10